**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: docket@aikenschenk.com
E-Mail: jtt@aikenschenk.com
E-Mail: awr@aikenschenk.com
E-Mail: prr@aikenschenk.com

**J. Tyrrell Taber - 005204**
**Alfred W. Ricciardi - 009547**
**Philip R. Rupprecht - 009288**
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co.; GEICO Indemnity Co.; GEICO General Insurance Company; and GEICO Casualty Co., <br><br> Plaintiffs, <br><br> v. <br><br> A & E Solheim, LLC d/b/a A & E Auto Glass; Eric A. Solheim and Anna M. Solheim, <br><br> Defendants. | Case No. 2:19-cv-01492-SRB <br><br> **Rule 7.1 Corporate Disclosure Statement of Defendant A & E Solheim, LLC d/b/a A & E Auto Glass** |

        This Corporate Disclosure Statement is filed on behalf of Defendant A & E

Solheim, LLC d/b/a A & E Auto Glass ("A & E") in compliance with the provisions of:

(check one)

1003188.1

☐    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly  held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows**:

☐    No such corporation.

☐    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.   (Attach additional pages if needed.) _____ Relationship_____

☐    Publicly held corporation, not a party to the case, with a financial interest in the outcome.   List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

2

_____ Relationship_____

☒    Other (please explain):

Defendant A&E is a limited liability company.  It is not a corporation and is therefore not at "nongovernmental corporate party" for purposes of Rule 7.1, *Federal Rules of Civil Procedure*.  Therefore, Rule 7.1 does not require any disclosure with respect to Defendant A&E.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 1st day of April, 2019.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

By /s/ Alfred W. Ricciardi_____
    J. Tyrrell Taber
    Alfred W. Ricciardi
    Philip R. Rupprecht
    2390 East Camelback Road, Suite 400
    Phoenix, Arizona 85016
    Attorneys for Defendants

Original of the foregoing filed via e-mail
on this 1st day of April, 2019 with:

**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Jamie Gill Santos (No. 026251)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: jsantos@thorpeshwer.com

1003188.1

1

**RIVKIN RADLER, LLP**

2

Barry I. Levy

Max Gershenoff

3

Steven Henesy

Michael Vanunu

4

926 RXR Plaza

5

Uniondale, New York 11556

Telephone: (516) 357-3000

6

Email: barry.levy@rivkin.com

7

Email: max.gershenoff@rivkin.com

Email: steven.henesy@rivkin.com

8

Email: michael.vanunu@rivkin.com

9

/s/ Joanne Granville_____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4