**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Jamie Gill Santos (No. 026251)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: jsantos@thorpeshwer.com

**RIVKIN RADLER, LLP**
Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac vice*)
Michael Vanunu (admitted *pro hac vice*)
926 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 357-3000
Email: barry.levy@rivkin.com
Email: max.gershenoff@rivkin.com
Email: steven.henesy@rivkin.com
Email: michael.vanunu@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co., and GEICO Casualty Co.*

# IN THE UNITED STATES DISTRICT COURT

# FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co., <br><br>Plaintiffs, <br><br>v. <br><br>A & E Solheim, LLC d/b/a A & E Auto Glass; Eric A. Solheim; and Anna M. Solheim, <br><br>Defendants. | NO. 2:19-cv-1492 <br><br>**JOINT NOTICE OF SETTLEMENT** <br><br>(Assigned to Hon. Susan R. Bolton) |

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "Plaintiffs") and Defendants A&E Solheim, LLC d/b/a A&E Auto Glass, Eric Solheim, and Anna Solheim

9097521

1  (collectively the "Defendants" and, collectively with Plaintiffs the "Parties") hereby notify
2  the Court that, based on the communications and discussions between and among counsel
3  for the Parties, the Parties have agreed to a settlement on all material terms in this case.
4  The Parties are currently finalizing the terms of the settlement, and anticipate having final
5  settlement documents within 30 days of this Notice.  Once the settlement is finalized, the
6  Parties will file a stipulation for dismissal of this case.

7  Further, the parties jointly request that the Court vacate the Case Management
8  Conference currently set for June 25, 2019 at 11:00 a.m. A proposed form of order
9  regarding same is filed concurrently herewith.

10  Dated this 14th day of June, 2019.

| THORPE SHWER, P.C. | AIKEN SCHENK HAWKINS & RICCIARDI, P.C. |
|---|---|
| By: /s/ *William L. Thorpe*<br>    William L. Thorpe<br>    Jamie Gill Santos | By: */s/ Alfred W. Ricciardi*<br>    J. Tyrrell Taber<br>    Alfred W. Ricciardi<br>    Philip R. Rupprecht |
| AND | |
| Barry I. Levy (admitted *pro hac vice*)<br>Max Gershenoff (admitted *pro hac vice*)<br>Steven Henesy (admitted *pro hac* vice)<br>Michael Vanunu (admitted *pro hac vice*)<br>**RIVKIN RADLER LLP** | *Counsel for Defendants A&E Solheim, LLC d/b/a A & E Auto Galss; Eric A. Solheim and Anna M. Solheim* |
| *Counsel for Plaintiffs,*<br>*Government Employees Insurance Co.,*<br>*GEICO Indemnity Co.,*<br>*GEICO General Insurance Company,*<br>*and GEICO Casualty Co.* | |

THORPE SHWER, P.C.

2

9097521

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                                                 */s/ Joan Peralta*
                                              An Employee of Thorpe Shwer, P.C.

THORPE SHWER, P.C.

9097521