# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A&E Solheim LLC, et al., <br><br> Defendants. | No. CV-19-01492-PHX-SRB <br><br> **ORDER** |

The parties having filed a Joint Notice of Settlement (Doc. 21);

IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED vacating Rule 16 Scheduling Conference set on June 25, 2019.

Dated this 17th day of June, 2019.

_____
Susan R. Bolton
United States District Judge