IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co.,<br><br>Plaintiffs,<br><br>v.<br><br>A & E Solheim, LLC d/b/a A & E Auto Glass; Eric A. Solheim; and Anna M. Solheim,<br><br>Defendants. | NO. 2:19-cv-1492-SRB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL** |

Having reviewed the parties' Stipulation to Extend Time to Comply with Mandatory Initial Discovery Pilot Program and to Adjourn Case Management Conference (Doc. 23) and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The deadline for the parties to file a stipulation of dismissal is extended from July 17, 2019 to July 24, 2019.

Dated this 17th day of July, 2019.

_____
Susan R. Bolton
United States District Judge