**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Jamie Gill Santos (No. 026251)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: jsantos@thorpeshwer.com

**RIVKIN RADLER, LLP**
Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac vice*)
Michael Vanunu (admitted *pro hac vice*)
926 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 357-3000
Email: barry.levy@rivkin.com
Email: max.gershenoff@rivkin.com
Email: steven.henesy@rivkin.com
Email: michael.vanunu@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co., and GEICO Casualty Co.*

THORPE SHWER, P.C.

**IN THE UNITED STATES DISTRICT COURT**

**FOR DISTRICT OF ARIZONA**

Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co.,

Plaintiffs,

v.

A & E Solheim, LLC d/b/a A & E Auto Glass; Eric A. Solheim; and Anna M. Solheim,

Defendants.

NO. 2:19-cv-1492-SRB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

(Assigned to Hon. Susan Bolton)

THORPE SHWER, P.C.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants, Eric A. Solheim, Anna M. Solheim, and A&E Solheim, L.L.C. d/b/a A&E Auto Glass (collectively, the "Defendants"), that all claims in this action asserted by Plaintiffs against the Defendants are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

Dated this 24th day of July, 2019.

**THORPE SHWER, P.C.**

By: /s/ *William L. Thorpe*
William L. Thorpe
Jamie Gill Santos

AND

Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac vice*)
Michael Vanunu (admitted *pro hac vice*)
**RIVKIN RADLER LLP**

*Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

**AIKEN SCHENK HAWKINS & RICCIARDI, P.C.**

By: */s/ Philip R. Rupprecht*
Philip R. Rupprecht, Esq.
2390 E. Camelback Rd., Suite 400
Phoenix, Arizona 85016

*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/ Joan Peralta*

THORPE SHWER, P.C.