THORPE SHWER, P.C.

# IN THE UNITED STATES DISTRICT COURT

## FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co., | NO. 2:19-cv-1492-SRB |
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| A & E Solheim, LLC d/b/a A & E Auto Glass; Eric A. Solheim; and Anna M. Solheim, | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal Without Prejudice, and good cause appearing therefore,

IT IS ORDERED approving the Stipulation for Dismissal Without Prejudice and dismissing this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

Dated this 25th day of July, 2019.

_____
Susan R. Bolton
United States District Judge